MDLOUT

# U.S. District Court
## Middle District of Florida (Tampa)
## CIVIL DOCKET FOR CASE #: 8:08-cv-00414-JDW-EAJ
## Internal Use Only

Krywokulski v. Davol, Inc. et al
Assigned to: Judge James D. Whittemore
Referred to: Magistrate Judge Elizabeth A. Jenkins
Case in other court: State Court - 02/05/08, 08-CA-002832 DIV H
Cause: 28:1332 Diversity-Personal Injury

Date Filed: 02/29/2008
Date Terminated: 04/17/2008
Jury Demand: Both
Nature of Suit: 362 Personal Inj. Med. Malpractice
Jurisdiction: Diversity

**Plaintiff**

Richard Krywokulski

represented by Chris M. Limberopoulos
Limberopoulos Law Firm, PA*
Suite 2150
400 N Ashley Dr
Tampa, FL 33602
813/875-1818
Fax: 813/879-2368
Email: chrislimber@prodigy.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

Davol, Inc.

represented by Dana Alan Gausepohl
Spriggs & Hollingsworth
1350 I Street N.W.
Washington, DC 20005
202/898-5800
Fax: 202/682-1639
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

John M. Kvartek
Clark, Partington, Hart, Larry, Bond & Stackhouse
125 W Romana St - Ste 800

I certify the foregoing to be a true and correct copy of the original.
SHERYL L. LOESCH, Clerk
United States District Court
Middle District of Florida
By: [signature]

Case 1:08-cv-02430-ML-LDA Document 1-5 Filed 04/17/2008 Page 2 of 3

PO Box 13010
Pensacola, FL 32591-3010
850/434-9200
Fax: 850/432-7340
Email: jkvartek@cphlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Kirby T. Griffis
Spriggs & Hollingsworth
1350 I Street N.W.
Washington, DC 20005
202/898-5800
Fax: 202-682-1639
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Defendant

C.R. Bard, Inc. represented by Dana Alan Gausepohl
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

John M. Kvartek
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Kirby T. Griffis
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/29/2008 | 1 | NOTICE OF REMOVAL from 13th Judicial Circuit in and for Hillsborough County, Florida, case number 08-CA-002832 Division H filed in State Court on 02/05/2008. Filing fee $350.00, receipt number T045143 filed by Davol, Inc., C.R. Bard, Inc. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Civil Cover Sheet)(AG) (Entered: 02/29/2008) |
| 02/29/2008 | 2 | COMPLAINT against Davol, Inc., C.R. Bard, Inc. ; jury demand filed by Richard Krywokulski. (Filed in state court on 02/05/08) (AG) (Entered: 02/29/2008) |

| | | |
|---|---|---|
| 02/29/2008 | 3 | CORPORATE disclosure statement by Davol, Inc., C.R. Bard, Inc. (AG) (Entered: 02/29/2008) |
| 03/04/2008 | 4 | RELATED CASE ORDER AND NOTICE of designation under Local Rule 3.05 - track 2. (AO) (Entered: 03/04/2008) |
| 03/05/2008 | | (Court only) ***COPIES mailed to Counsel: Dana Alan Gausepohl, Kirby T. Griffis; re 4 Related case order and notice of designation of track 2 (AG) (Entered: 03/05/2008) |
| 03/06/2008 | 5 | ANSWER and affirmative defenses to 2 Complaint with Jury Demand by Davol, Inc., C.R. Bard, Inc..(Kvartek, John) (Entered: 03/06/2008) |
| 04/17/2008 | 6 | MULTIDISTRICT LITIGATION panel order transferring case to: District of Rhode Island Transferee court case number: CA 08-2430 MDL case number: 1842 (JLH) (Entered: 04/17/2008) |